**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In Re: Miscellaneous Petition to
Substitute Counsel

## OMNIBUS MOTION TO SUBSTITUTE COUNSEL

CONWAY LAW GROUP, P.C., states as follows:

1. The attached list contains the cases before this Court in which Christina T. Parrish, Esquire ("Parrish") is listed as an attorney of record. Parrish became an attorney of record in such cases while Of Counsel for the Conway Law Group, P.C. ("Conway").

2. Parrish is leaving Conway effective November 13, 2021, and Conway requests that she be removed as attorney of record on the cases listed on the attached list.

3. Parrish has consented to Conway's request that she be removed as attorney of record on such cases. Immediately subsequent to the filing of the instant Motion, Conway will submit a Consent Order evidencing Parrish's consent to the relief requested.

4. Conway's written contract with each client on the attached list clearly states the Conway Law Group represents the said clients. Further, the Statement of Compensation filed in each case clearly states the attorney-client relationship exists between Conway and the client and clearly states that all attorneys employed by Conway collectively represent each client.

5. Martin C. Conway, Esquire, an attorney employed by Conway, is currently representing other of the firm's clients in this Division of the Court and should be substituted as counsel for Parrish.

6. Given that the nature of the representation between Conway, its attorneys, and the clients whose cases are listed on the attached list has been previously disclosed in a clear and direct

manner and agreed to by all parties, Conway requests that notice of this motion not be required and that Parrish be removed as counsel of record administratively by the Court.

    WHEREFORE, the Conway Law Group, P.C., moves to substitute Martin C. Conway, Esquire, of the Conway Law Group, P.C., as counsel of record in substitution of Christina T. Parrish, Esquire, in the cases on the attached list, and to direct that notice of this motion is not required under the circumstances.

FOR CONWAY LAW GROUP, P.C.

/s/ Martin C. Conway
Martin C. Conway (VSB #34334)
Conway Law Group, P.C.
12934 Harbor Drive, Suite 107
Woodbridge, VA 22192
Counsel for Debtors

| Case Number | Case Name | Chapter |
|---|---|---|
| 1:2021bk11293 | Kofi Adusei | 7 |
| 1:2021bk11491 | Kevin Lynn Coe | 13 |
| 1:2021bk11531 | Marisol Amezquita | 7 |
| 1:2021bk11535 | Julita M Vera | 7 |
| 1:2021bk11601 | Christopher Leitch | 13 |
| 1:2021bk11602 | Mohamed Kuyateh | 7 |
| 1:2021bk11733 | Danyell Marie Whitford | 7 |
| 3:2021bk32570 | Anita Marie Watson and Willard Ray Watson Jr. | 13 |