UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of: | |
| CHRISTOPHER LEITCH | Chapter 13 |
| DEBTOR | |
| Movant | Case No. 21-11601-KHK |
| SILVIA LEITCH | |
| v. | |
| Christopher Leitch and Thomas P. Gorman, Trustee, | |

**ANSWER AND REPORT OF TRUSTEE**
**TO RELIEF FROM STAY MOTION**

Thomas P. Gorman, Trustee, responds to the Motion of Silvia Leitch for relief from the automatic stay by stating that he would oppose the granting of any relief to Movant that would allow her to elevate or enhance her present position, or that would impact of derogate property of the bankruptcy estate.

To the extent Movant seeks to determine the validity, priority or extent of either Debtor's or her own interest in property, that must be done by adversary proceeding. See F.R.Bankr.P. 7001.

To the extent Movant seeks to compel abandonment of the bankruptcy estate's interest in property, that would not typically be the subject of a Motion for Relief from the stay of 11 U.S.C. §362, but rather is a Motion brought under F.R.Bankr.P. 6007(b).

WHEREFORE Trustee prays that the instant Motion be denied, and for such other and further relief as the Court deems appropriate.

**ANSWER & REPORT OF TRUSTEE, PAGE 2**
**CASE # 21-11601-KHK**

Date:   November 8, 2021               __/s/ Thomas P. Gorman_____
                                      Thomas P. Gorman
                                      Chapter 13 Trustee
                                      300 North Washington Street, Ste. 400
                                      Alexandria, VA 22314
                                      (703) 836-2226
                                      VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 8th day of November, 2021.

| | |
|---|---|
| Robert L. Vaughn, Jr., Esq. | Martin C. Conway, Esq. |
| Attorney for Movant | Attorney for Debtor |
| Vaughn Law Firm, PLC | Conway Law Group, PC |
| 1433 New Monrovia Road | 12934 Harbor Drive, Suite 107 |
| Colonial Beach, VA 22443 | Woodbridge, VA 22192 |

                                      /s/ Thomas P. Gorman_____
                                      Thomas P. Gorman