## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re:<br><br>Christopher Leitch<br>aka Chris Leitch<br><br>Debtor | Case No. 21-11601-KHK<br><br><br><br>(Chapter 13) |
| Silvia Leitch<br>Movant<br><br>v.<br><br>Christopher Leitch<br>Debtor<br><br>and<br><br>Thomas P. Gorman, Chapter 13 Trustee<br>Respondents | |

**ORDER DENYING MOTION FOR RELIEF FROM STAY AND RELIEF FROM
CO-DEBTOR STAY PURSUANT TO 11 USC §1301(c)(3)**
**(15310 Maribelle Place, Woodbridge, VA 22193)**

THIS CASE was before the Court on November 22, 2021, on Movant's Motions for Relief from Stay and Co-Debtor Stay (Docket Nos. 20 and 21). Robert L. Vaughn, counsel for Movant, was present.

For the reasons stated on the record, it is hereby,

**ORDERED:**

1. The Movant's Motions for Relief from Stay and Co-Debtor Stay Pursuant to 11 USC §1301(c)(3) (Docket Nos. 20 and 21) are DENIED.

2. The Clerk shall provide a copy of this order and notice of its entry to the parties listed below.

Date: Nov 29 2021        /s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: November 30, 2021

<u>Electronic copies to</u>:

Thomas P. Gorman
*Chapter 13 Trustee*

Robert Vaughn
*Movant's Counsel*

Martin C. Conway
*Debtor's Counsel*