UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>CHRISTOPHER LEITCH<br><br><br>Debtor | Chapter 13<br>21-11601-KHK |

### TRUSTEE'S RESPONSE TO MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY

    Thomas P. Gorman, Trustee, notes his opposition to the Motion of Sylvia Leitch to compel pre-confirmation abandonment of the bankruptcy estate's interest in real estate owned or co-owned by Debtor. There is no Plan pending at present so Trustee does not know Debtor's intentions with regards to the subject property, nor what the impact of the pre-confirmation abandonment would be on Movant's filed Proof(s) of Claim.

| | |
|---|---|
| _December 1, 2021_____<br>Dated | _/s/ Thomas P. Gorman_____<br>Thomas P. Gorman<br>Chapter 13 Trustee<br>300 N. Washington Street, #400<br>Alexandria, VA  22314<br>(703) 836-2226<br>VSB #26421 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 1st day of December, 2021 mailed a true copy of the foregoing Response to the following parties.

| | |
|---|---|
| Robert L. Vaughn, Jr., Esq. | Martin C. Conway, Esq. |
| Vaughn Law Firm PLC | Counsel for Debtors |
| 1433 New Monrovia Road | Conway Law Group, PC. |
| Colonial Beach, Virginia 22443 | 12934 Harbor Drive, Suite 107 |
| | Woodbridge, VA 22192 |

    /s/ Thomas P. Gorman
Thomas P. Gorman