**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:

Christopher Leitch                              Case No. 21-11601-KHK

(Debtor)                                        (Chapter 13)

## ORDER SETTING EVIDENTIARY HEARING

This case was before the Court pursuant to Silvia L. Leitch's Motion to Compel Abandonment of Property (Docket No. 37) on December 9, 2021.   It appearing to the Court that an Evidentiary Hearing is necessary, it is hereby,

**ORDERED**:

1.      The Evidentiary hearing on the Motion to Compel Abandonment of Property (Docket No. 37) will be held on **January 13, 2022** at **2:15 PM**.

2.      The Evidentiary Hearing will be conducted via video conference using Zoom for Government.

3.      Parties who wish to appear and participate in the hearing must e-mail a completed registration request form to EDVABK-ZOOM-Judge_Kindred@vaeb.uscourts.gov in accordance with Judge Kindred's procedures for appearing by Zoom for Government[1].

4.      Any evidence the parties wish to present at the Trial must be uploaded to the CM-ECF docket no later than **January 6, 2022**.  Exhibits must be uploaded in PDF format and must be filed as Exhibits/Attachments to an Exhibit List in sequential order (plaintiff numerically and defendant alphabetically).  All pages of each Exhibit should be marked with a page number in the lower right corner.

5.      Any objections to Exhibits, Witnesses or other evidence shall be filed no later than **January 10,  2022**.

---

[1] Available at https://www.vaeb.uscourts.gov/temporary-emergency-provisions-regarding-zoomgov-remote-proceeding-access-information#KHK.

6.      The Clerk shall provide a copy of this order and notice of its entry to the parties listed

below.


Date: ___Dec 23 2021___                          /s/ Klinette H Kindred
                                                 _____
                                                 Klinette H. Kindred
                                                 United States Bankruptcy Judge

                                                 Entered On Docket: December 23, 2021


Mailed copies to:                     Electronic copies to:

Christopher Leitch                    Thomas P. Gorman
4655 Whitaker Place,                  *Chapter 13 Trustee*
Woodbridge, VA 22193
*Debtor*                              Martin C. Conway
                                      *Debtor's Counsel*

                                      Robert L. Vaughn, Jr.
                                      *Counsel for SilviaL.  Leitch*