**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

IN RE:

| | |
|---|---|
| **CHRISTOPHER LEITCH** | **Case No. No.: 21-11601-KHK** |
| **AKA CHRIS LEITCH** | **Chapter 13** |
| **Debtor** | |

## MOTION TO CONTINUE DUE TO COVID

Silvia Leitch, ("Movant"), by counsel, respectfully moves that this Court to reschedule the hearing presently set for January 24th to a date **after** February 15, 2022 as counsel for Creditor has been diagnosed with COVID 19 as of January 21, 2022 and is unable to prepare for or attend the currently scheduled hearing.

**SILVIA M. LEITCH,**
**Creditor**

**VAUGHN LAW FIRM PLC**
1433 New Monrovia Road
Colonial Beach, Virginia 22443
(703) 689-2100 Telephone
rvaughn@oconnorandvaughn.com

By /s/Robert L. Vaughn, Jr.
Robert L. Vaughn, Jr., VSB 20633
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 2st day of January, 2022, the following person(s) were or will be served a copy of the foregoing Motion via the CM/ECF system:

Thomas P. Gorman, Trustee
300 N. Washington St. Ste. 400
Alexandria, VA 22314

Martin Conway, Esq.
12934 Harbor Drive, Suite 107
Woodbridge, VA 22192

Christopher Leitch aka Chris Leitch (via mail)
4655 Whitaker Place
Woodbridge, VA 22193

Matthew C. Rawls, Esq.
BWW Law Group, LLC
8100 Three Chopt Rd. Suite 240
Richmond, VA 23229

Mary F. Balthasar Lake, Esquire
LOGS Legal Group LLP
10021 Balls Ford Road, Suite 200
Manassas, VA 20109

/s/Robert L. Vaughn, Jr.
                    Robert L. Vaughn, Jr.