# UNITED STATES BANKRUPTCY COURT

## FOR THE

### EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

In the Matter of:

CHRISTOPHER LEITCH

              Debtor

Chapter 13
21-11601-KHK

## TRUSTEE'S RESPONSE TO MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

Thomas P. Gorman, Trustee, notes his opposition to Debtor's Motion to Approve Proposed Loan Modification Agreement on 14068 Randolph Court, Woodbridge, VA 22193. The subject property is not Debtor's residence and generates no income, so it is a burden to the estate. Further, Debtor's pending Plan (Dkt. #51, Section 12(4) calls for sale of the property some time after March 31, 2022.

_February 7, 2022_____
Dated

        _/s/ Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, #400
Alexandria, VA  22314
(703) 836-2226
VSB #26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of February, 2022 mailed a true copy of the foregoing Response to the following parties.

Martin C. Conway, Esq.
Counsel for Debtor
Conway Law Group, PC
12934 Harbor Drive, Suite 107
Woodbridge, VA 22192

    ____/s/ Thomas P. Gorman _____
Thomas P. Gorman