# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Christopher Leitch**  
Debtor(s)

Case No. **21-11601**  
Chapter **13**

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on <u>February 23, 2022</u>, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date **February 23, 2022**

Signature **/s/ Christopher Leitch**  
**Christopher Leitch**  
Debtor

Attorney **/s/ Martin C. Conway**  
**Martin C. Conway 34334**

**Conway Law Group, PC**
**12934 Harbor Drive, Suite 107**
**Woodbridge, VA 22192**
**855-848-3011**
**Fax: 571-285-3334**
**martin@conwaylegal.com**